# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DALLAS J. TRAHAN, Jr.

NO. 2024 KW 0014

**MARCH 13, 2024**

---

In Re:    Dallas J. Trahan, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 464472.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT